AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| JUSTIN FULCHER | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:26-cv-02026-RDM |
| GUARDIAN NEWS & MEDIA LLC; and DOES 1-10 | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUSTIN FULCHER                                                                                    .

Date:        07/15/2026                                    /s/ Dilan A. Esper
                                                                          *Attorney's signature*

                                                              Dilan A. Esper (SBN 178293)
                                                              *Printed name and bar number*

                                                              HARDER STONEROCK LLP
                                                              6300 Wilshire Blvd., Suite 640
                                                              Los Angeles, CA 90048

                                                              *Address*

                                                              DEsper@HarderStonerock.com
                                                              *E-mail address*

                                                              (424) 203-1600
                                                              *Telephone number*

                                                              (424) 203-1601
                                                              *FAX number*