UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTIN FULCHER,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN NEWS & MEDIA LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 26-cv-02026-RDM |

**GUARDIAN NEWS & MEDIA LLC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Guardian News & Media LLC, by and through its undersigned counsel, hereby moves the Court to dismiss with prejudice Plaintiff Justin Fulcher's Complaint for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: August 17, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ *Seth D. Berlin*

Seth D. Berlin (Bar No. 433611)
Lauren P. Russell (Bar No. 7567949)
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-2200
Fax: (202) 661-2299
berlins@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Defendant Guardian News & Media LLC*