# Exhibit 1

Trump administration

This article is more than **1 year old**

# Hegseth aide upended Pentagon leak inquiry with false wiretap claims

**Exclusive: ex-Doge staffer Justin Fulcher suggested he had evidence of wiretap that would help investigation**



Pete Hegseth speaks at the 22nd Shangri-La Dialogue summit in Singapore, on 31 May 2025. Photograph: Anupam Nath/AP

**Hugo Lowell** *in Washington*

Mon 9 Jun 2025 14.41 EDT

Prefer the Guardian on Google

Days before Pete Hegseth fired three top aides last month over a Pentagon leak investigation into the disclosure of classified materials, according to four people familiar with the episode, a recently hired senior adviser said he could help with the inquiry.

The adviser, Justin Fulcher, suggested to Hegseth's then chief of staff, Joe Kasper, and Hegseth's personal lawyer, Tim Parlatore, that he knew of warrantless surveillance conducted by the National Security Agency (NSA) that had identified the leakers.

Fulcher offered to share the supposed evidence as long as he could help run the investigation, three of the people said. But when he eventually sat down with officials, it became clear he had no evidence of a wiretap, and the Pentagon had been duped.

The problem was that development was not communicated to the White House - so several Trump advisers who were told of the NSA wiretap claim believed that was part of the "smoking gun" evidence against the three aides fired by Hegseth, until they developed their own doubts.

The Guardian revealed last month that there were unsubstantiated NSA warrantless wiretap claims underpinning the leak

investigation, but its origin story and the involvement of Fulcher in the controversy has not been previously reported.

Fulcher has said this account is not correct. In a statement, he said he never suggested there were NSA wiretaps or that he had access to wiretap records. “I never approached Parlatore, Kasper or anyone else offering ‘surveillance evidence’ and did not ask to join an investigation on that or any other basis,” he said.

The extraordinary episode adds to the growing portrait of dysfunction inside Hegseth’s front office, which is involved in setting the direction of a department that has a budget of nearly $1tn and oversees more than 2 million troops around the world.

The investigation prompted Hegseth to fire his senior adviser Dan Caldwell, the deputy chief, Darin Selnick, and the deputy secretary’s chief of staff, Colin Carroll, creating a leadership vacuum filled by Ricky Buria, the ex-junior military aide to Hegseth considered by the White House to be a liability.

And with the implosion of the leak investigation adding to the fraught tensions among his aides, Hegseth is expected to face bruising questions about his ability to manage the Pentagon when he appears at a series of so-called defense posture hearings starting this week on Capitol Hill.

A Pentagon spokesperson declined to comment on the reporting in this story. A White House spokesperson did not respond to a request for comment.

## ‘Director of suspicious affairs’

Fulcher started at the Pentagon on the first day of the Trump administration as the lead staffer for Doge (“department of government efficiency”), armed with a top secret/sensitive compartmented information clearance and a mandate from Elon Musk to oversee mass cuts at the defense department, the people said.

The Doge team were given offices a few doors down from the defense secretary’s offices, and when Fulcher first introduced himself to Hegseth’s senior staff, he talked about having once worked for the NSA and how he had run various startups, the people said.

The senior staff’s relationship with Fulcher was collegial - unlike those of Doge staffers with other agencies, which were adversarial - and no one checked whether he had connections to the NSA. They also did not follow up on a Forbes article published in March that concluded he had embellished parts of his résumé.

Ironically, that close working relationship was initially the cause of his downfall after he was seen by Musk and the Doge leadership, including Steve Davis and spokesperson Katie Miller, as too close to the defense department and not willing enough to make drastic cuts, the people said.

Free newsletter | Weekly
Sign up to This Week in Trumpland
A deep dive into the policies, controversies and oddities surrounding the Trump administration



Enter your email
Sign up

At the start of April, Musk replaced Fulcher as the Doge lead at the Pentagon. But Hegseth liked Fulcher, who had recently traveled with the secretary on an official trip to Panama, and Fulcher was brought on as a senior adviser.

The details of Fulcher's responsibilities were not clear externally or internally, and he earned the nickname "Disa" standing for "director of suspicious affairs" - apparently a play on the acronym for the Defense Information Systems Agency.

Around that time, Hegseth had ordered an investigation into the leaks, with the central focus being on the disclosure to a reporter of an allegedly top secret document that outlined options for Donald Trump to "reclaim" the Panama canal, including with using US troops on the ground.

It was not immediately clear why Fulcher chose to become involved in the investigation, but several days after he was replaced as the Doge lead, he went to Kasper and expressed a willingness to help with the investigation, which Kasper attributed to him wanting to prove his worth, two of the people said.

Kasper told Fulcher to go to Parlatore, who had been tasked with supervising and managing the investigation. When Fulcher approached Parlatore, he suggested that he knew of NSA intercepts supposedly showing that Caldwell had leaked using his personal phone, the two people said.

Looking back on the chain of events, three people familiar with the conversations described Fulcher's claims as conveniently dovetailing with prevailing suspicions at the time about Caldwell printing lots of documents and his efforts to have the leak investigation shut down.

Still, a cursory check at that stage into the NSA claims would have shown them to be false. Pentagon investigators concluded in the weeks after the firings that there was no authorized or unauthorized wiretap through the NSA, which is a component of the defense department.

The claims were relayed to Hegseth and the White House as being accurate. The White House press secretary, Karoline Leavitt, said at a briefing the three aides had been fired as they "leaked against their boss", while Hegseth predicted on Fox News they would be prosecuted although there has been no referral to date to the justice department.

**Campaigns like this fund our work: can you help?**

**4,934** of 20,000 acts of support

### At this dangerous time

We hope you appreciated this article. Before you close this tab, we want to ask if you could support the Guardian at this dangerous time for journalism in the US.

According to a leading global watchdog, American democracy is now more imperiled than at any point since the 1960s, marked by a precipitous decline in press freedom - driven by mounting pressure from the Trump administration in the form of threats, criminal investigations, politicized regulation, frivolous lawsuits and, for public media, catastrophic funding cuts.

Meanwhile, organizations that are supposed to be independent like the FBI and the FCC, our radio and television regulator, have also been targeting press freedom under Trump-aligned leadership, with the FBI raiding a reporter's home and the FCC threatening ABC's TV licenses after Jimmy Kimmel made a joke about Melania Trump.

The response from some ultra-wealthy and corporate media owners, keen to appease the president, has been chilling: CBS News has been taken over by a Trump ally; CNN may be taken over by the same billionaire; Jeff Bezos has continued to impose cuts and editorial interventions at the Washington Post; and multiple outlets have settled multimillion-dollar lawsuits from the administration to protect their business interests.

Democracy is best served by a robust, thriving free press. But when that freedom is under attack, it falls to a determined few news organizations to ensure the full truth still reaches the public. Owned neither by a billionaire nor a corporation, the Guardian remains dedicated to covering this administration with uncompromising moral and factual clarity – and to keeping trustworthy journalism paywall-free for the world.

**Despite the risks of maintaining our fierce independence, what sustains us – and fills us with deep gratitude – is the unwavering support we've seen from readers. It is no exaggeration to say that we are here because of people like you: a majority of our funding comes directly from readers responding to messages like this. Your support not only powers our work, but more importantly, it safeguards the financial independence that underpins our editorial freedom and courage.**

We know our requests for support are not as welcome as our reporting, but without them, it's simple: our reporting wouldn't exist. Of course, we understand that some readers are not in a position to support us, and if that is you, we value your readership no less.

**But if you are able, please support our summer fundraising campaign today. We're especially grateful for anyone able to set up a monthly contribution: reliable funding is vital for sustaining us throughout this dangerous period, right to its end (and among the great benefits, we'll show you far fewer fundraising requests like this). It takes just 37 seconds to give. Thank you for protecting the free press.**

Support once from just $1

We welcome support of any size, any time - whether you choose to give $1 or more

Recommended

Support $15/monthly

Unlock **All-access digital** benefits:

- Far fewer asks for support
- Ad-free reading on all your devices
- Unlimited access to the premium Guardian app
- Regular dispatches from the newsroom to see the impact of your support
- Unlimited access to Feast, the Guardian recipe app

Support another way

Continue

Remind me in September

## Related stories

Hegseth claims US 'obliterated' Iranian nuclear sites despite lack of assessment
22 Jun 2025

White House stunned as Hegseth inquiry brings up illegal wiretap claims
27 May 2025

Vicious interpersonal conflicts among Hegseth staff cloud leak investigation
26 Apr 2025

Case 1:26-cv-02026-RDM Document 14-2 Filed 08/17/26 Page 6 of 6

## More from News

Unions

**Trump administration accused of 'bullying' union leader at consumer protection agency**

4h ago




US politics live

**Questions over Karoline Leavitt's replacement as she steps down as White House press secretary**

27m ago




Gender-affirming care

**Trump administration finalizes rule to end federal support for gender-affirming care**

3h ago



## Most viewed