UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTIN FULCHER,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN NEWS & MEDIA LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 26-cv-02026-RDM |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss filed by Defendant Guardian News & Media LLC ("*The Guardian*"), any response(s) thereto, and any reply in support thereof, it is hereby **ORDERED** that

1. The Guardian's Motion to Dismiss is **GRANTED**; and

2. Plaintiff Justin Fulcher's Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this __ day of _______, 2026.

______________________________
Hon. Judge Randolph D. Moss
United States District Judge